UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                              )
                                                   )   Case No._____
                                                   )
                                                   )   NOTICE OF OFFER TO
                                                   )   SELL AND OF ALTERNATIVE
                                                   )   INTENT TO ABANDON
Debtor(s)                                          )

     The trustee, _____, is offering the following estate property for sale, but in the event no offer is received the trustee proposes to abandon such property under the provisions of 11 USC §554 for the reason that it is burdensome to the estate:

     **NOTICE IS GIVEN** that unless within 23 days of the Trustee's date below, an interested party either: (1) makes an offer to purchase the described property directly to the trustee at the address listed below, or (2) files a written objection to abandonment of such property, setting forth the specific grounds for objection, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; **or**, if it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401), and serves a copy thereof on the trustee at_____
_____,
the property described above will be deemed abandoned on the 27th day after that date.

     **NOTICE IS FURTHER GIVEN** that the trustee will sell the property without further notice if only one offer is received. However, in the event no request for a hearing is filed, but the trustee receives multiple offers to buy the property within 23 days of the Trustee's date below, the trustee will notify all persons who have expressed an interest in purchasing the above property of the date, time and place of a meeting at which the trustee will conduct an auction and will sell the property to the highest bidder without further notice.

     For further information contact _____.

DATE: _____                                              _____
                                                                                    Trustee

751.2 (7/2/12)